IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**FAITH OLIVIA KELLER,**

    **Plaintiff,**

v.                                                           Case No. 4:25-cv-450-AW-MAF

**FLORIDA DEPARTMENT OF
HIGHWAY SAFETY AND MOTOR
VEHICLES and DAVE KERNER, in his
official capacity as Executive Director of
the Florida Department of Highway
Safety and Motor Vehicles,**

    **Defendants.**

_____/

## **ORDER GRANTING MOTION TO WITHDRAW**

The motion for leave to withdraw (ECF No. 16) is GRANTED. Attorney Matthew W. Dietz must immediately serve a copy of this order on Plaintiff and file a certificate of service confirming he has done so. Upon that filing, Mr. Dietz and the Disability Inclusion and Advocacy Law Clinic will be relieved of further responsibility in this case.

All deadlines are STAYED for 60 days to allow Plaintiff to retain substitute counsel. The stay will expire automatically 60 days from today. Plaintiff's deadline to file an amended complaint is 75 days from today. Her failure to do so—whether represented by counsel or proceeding *pro se*—will result in judgment in accordance with the order on the motion to dismiss.

1

SO ORDERED on January 27, 2026.

                                              s/ *Allen Winsor*
                                              Chief United States District Judge