Case No. 00450

# IN THE UNITED STATES COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

FAITH OLIVIA KELLER,

*Plaintiff,*

v.

FLORIDA DEPARTMENT OF HIGHWAY SAFETY AND MOTOR
VEHICLES AND DAVE KERNER, in his official capacity as Executive
Director of the Florida Department of Highway Safety and Motor Vehicles,

*Defendants.*

## MOTION FOR ADMISSION *PRO HAC VICE* OF
## CLAUDIA CENTER

Claudia Center
(*pro hac vice* pending)
California Bar No. 158255
Disability Rights Education &
Defense Fund
3075 Adeline St., Suite 210
Berkeley, CA 94703
Tel: 510-644-255
*ccenter@dredf.org*

**TO THE HONORABLE NORTHERN DISTRICT OF FLORIDA:**

Pursuant to Local Rule 11.1(C), Plaintiff Faith Olivia Keller respectfully moves for the admission *pro hac vice* of Claudia Center, a licensed member of the California Bar, as attorney for Plaintiff. In support of this motion, Movant states as follows:

1. Claudia Center resides in the State of California, is not a resident of the State of Florida, and is not admitted to practice in the Northern District of Florida.

2. Claudia Center is licensed to practice law in the State of California and is a member in good standing of the California Bar, as verified in **Exhibit A**. Ms. Center has not been the subject of disciplinary action by the Bars or the courts of any jurisdiction in which she is licensed in the past five years. Ms. Center has not been denied admission to the courts of any State or to any federal court during the last five years.

3. Ms. Center is the Legal Director at Disability Rights Education & Defense Fund, which is located at 3075 Adeline St., Suite 210, Berkeley, CA 94703.

4. Ms. Center successfully completed the online Attorney Admission Exam, Tutorial, and the online CM/ECF Tutorial

(FLND17745576534161).

5. Ms. Center studied and is familiar with the Local Rules of this District.

6. Ms. Center has an active, upgraded PACER account. She requests authorization to receive electronic notices of filing. Her email address is ccenter@dredf.org.

7. Ms. Center is paying the required $219.00 pro hac vice fee for this case at the time of filing.

### Prayer

For these reasons, Plaintiff Faith Olivia Keller asks the Court to grant Claudia Center's Motion for *Pro Hac Vice* Admission and allow her to appear before this Court representing Plaintiff in this proceeding until the conclusion of this case.

Dated: March 27, 2026

Respectfully submitted,

/s/

Claudia Center
(*pro hac vice* pending)
California Bar No. 158255
Disability Rights Education
& Defense Fund
3075 Adeline St., Suite 210
Berkeley, CA 94703
Tel: 510-644-2555
*ccenter@dredf.org*

# EXHIBIT A

# THE STATE BAR OF CALIFORNIA

## CERTIFICATE OF STANDING

**ISSUE DATE:** 3/24/2026

**LICENSEE NAME:** Claudia Barbara Center

**LICENSEE BAR NUMBER:** 158255

**LICENSEE STATUS:** Active

**ADMIT DATE:** 6/8/1992

**To Whom it May Concern:**

This certificate of standing certifies the record above is a true and correct copy of the licensees current standing with the State Bar of California as of the issue date and that the Discipline and Administrative History listed below is a true and correct copy of the licensees discipline history and their history of administrative actions.

**Discipline and Administrative History:**

| Date | License Status | Discipline | Administrative Action |
|------|----------------|------------|-----------------------|
| 3/15/1995 | Active | | |
| 1/1/1993 | Inactive | | |

*Carolina Almarante-Terrero*

**Carolina Almarante-Terrero**
Custodian of Record

*NOTE: Only ACTIVE licensees of the State Bar of California are entitled to practice law in California (See Sections 6006 and 6125, et seq., Business and Professions Code.)*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 27, 2026, I electronically filed the foregoing with the Clerk of the Court by using CM/ECF, which automatically serves all counsel of record for the parties who have appeared.


/s/_____
Claudia Center