## IN THE UNITED STATES COURT
## FOR THE NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

FAITH OLIVIA KELLER,

*Plaintiff,*

v.                                                            Case No. 4:25-cv-450-AW-MAF

FLORIDA DEPARTMENT OF
HIGHWAY SAFETY AND MOTOR
VEHICLES AND DAVE KERNER, in his
official capacity as Executive Director of
the Florida Department of Highway
Safety and Motor Vehicles,

*Defendants.*

_____/

## MOTION TO APPEAR *PRO HAC VICE*

Pursuant to Local Rule 11.1(C), Plaintiff Faith Olivia Keller respectfully

moves for the admission *pro hac vice* of Peter Talkington, a licensed member of

the California Bar, as attorney for Plaintiff. In support of this motion, Movant

states as follows:

1. Peter Talkington resides in the State of California, is not a resident

    of the State of Florida, and is not admitted to practice in the

    Northern District of Florida.

2. Peter Talkington is licensed to practice law in the State of California and is a member in good standing of the California Bar, as verified in **Exhibit A**. Mr. Talkington has not been the subject of disciplinary action by the Bars or the courts of any jurisdiction in which he is licensed in the past five years. Mr. Talkington has not been denied admission to the courts of any State or to any federal court during the last five years.

3. Mr. Talkington is an attorney at Disability Rights Education & Defense Fund, which is located at 3075 Adeline St., Suite 210, Berkeley, CA 94703.

4. Mr. Talkington successfully completed the online Attorney Admission Exam, Tutorial, and the online CM/ECF Tutorial (FLND17744607554144).

5. Mr. Talkington studied and is familiar with the Local Rules of this District.

6. Mr. Talkington has an active, upgraded PACER account. He requests authorization to receive electronic notices of filing. His email address is ptalkington@dredf.org.

7. Mr. Talkington is paying the required $219.00 pro hac vice fee for this case at the time of filing.

## Prayer

For these reasons, Plaintiff Faith Olivia Keller asks the Court to grant Peter Talkington's Motion for *Pro Hac Vice* Admission and allow him to appear before this Court representing Plaintiff in this proceeding until the conclusion of this case.

Dated: March 27, 2026                    Respectfully submitted,

/s/_____
Peter Talkington
(*pro hac vice* pending)
California Bar No. 158255
Disability Rights Education
& Defense Fund
3075 Adeline St., Suite 210
Berkeley, CA 94703
Tel: 510-644-2555
ptalkington@dredf.org

# EXHIBIT A

# THE STATE BAR OF CALIFORNIA
# CERTIFICATE OF STANDING

**ISSUE DATE:** 3/24/2026

**LICENSEE NAME:** Peter Cortelyou Talkington

**LICENSEE BAR NUMBER:** 366007

**LICENSEE STATUS:** Active

**ADMIT DATE:** 12/5/2025

**To Whom it May Concern:**

This certificate of standing certifies the record above is a true and correct copy of Peter Cortelyou Talkington's current standing with the State Bar of California as of the issue date. No recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

*Carolina Almarante-Terrero*

**Carolina Almarante-Terrero**
Custodian of Record

*NOTE: Only ACTIVE licensees of the State Bar of California are entitled to practice law in California (See Sections 6006 and 6125, et seq., Business and Professions Code.)*

## CERTIFICATE OF SERVICE

I hereby certify that on March 27, 2026, I electronically filed the foregoing with the Clerk of the Court by using CM/ECF, which automatically serves all counsel of record for the parties who have appeared.


/s/_____
Peter Talkington