**IN THE UNITED STATES COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

FAITH OLIVIA KELLER,

*Plaintiff,*

v.                                              Case No. 4:25-cv-450-AW-MAF


FLORIDA DEPARTMENT OF
HIGHWAY SAFETY AND MOTOR
VEHICLES AND DAVE KERNER, in his
official capacity as Executive Director of
the Florida Department of Highway
Safety and Motor Vehicles,

*Defendants.*

_____/


## <u>MOTION TO APPEAR *PRO HAC VICE*</u>

Pursuant to Local Rule 11.1(C), Plaintiff Faith Olivia Keller respectfully

moves for the admission *pro hac vice* of Jinny Kim, a licensed member of the

California Bar, as attorney for Plaintiff. In support of this motion, Movant states

as follows:

1. Jinny Kim resides in the State of California, is not a resident of the

   State of Florida, and is not admitted to practice in the Northern

   District of Florida.

2. Jinny Kim is licensed to practice law in the State of California and is

a member in good standing of the California Bar, as verified in **Exhibit A**. Ms. Kim has not been the subject of disciplinary action by the Bars or the courts of any jurisdiction in which she is licensed in the past five years. Ms. Kim has not been denied admission to the courts of any State or to any federal court during the last five years.

3. Ms. Kim is the Managing Attorney at Disability Rights Education & Defense Fund, which is located at 3075 Adeline St., Suite 210, Berkeley, CA 94703.

4. Ms. Kim successfully completed the online Attorney Admission Exam, Tutorial, and the online CM/ECF Tutorial (FLND17745036104154).

5. Ms. Kim studied and is familiar with the Local Rules of this District.

6. Ms. Kim has an active, upgraded PACER account. She requests authorization to receive electronic notices of filing. Her email address is jkim@dredf.org.

7. Ms. Kim is paying the required $219.00 pro hac vice fee for this case at the time of filing.

### Prayer

For these reasons, Plaintiff Faith Olivia Keller asks the Court to grant Jinny Kim's Motion for *Pro Hac Vice* Admission and allow her to appear before

this Court representing Plaintiff in this proceeding until the conclusion of this

case.

Dated: March 27, 2026                    Respectfully submitted,

                                         /s/
                                         Jinny Kim
                                         (*pro hac vice* pending)
                                         California Bar No. 208953
                                         Disability Rights Education
                                         & Defense Fund
                                         3075 Adeline St., Suite 210
                                         Berkeley, CA 94703
                                         Tel: 510-644-2555
                                         *jkim@dredf.org*

# Exhibit A

# THE STATE BAR OF CALIFORNIA
## CERTIFICATE OF STANDING

**ISSUE DATE:** 3/24/2026

**LICENSEE NAME:** Jinny Kim

**LICENSEE BAR NUMBER:** 208953

**LICENSEE STATUS:** Active

**ADMIT DATE:** 12/1/2000

**To Whom it May Concern:**

This certificate of standing certifies the record above is a true and correct copy of Jinny Kim's current standing with the State Bar of California as of the issue date. No recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

*Carolina Almarante-Terrero*

**Carolina Almarante-Terrero**
Custodian of Record

*NOTE: Only ACTIVE licensees of the State Bar of California are entitled to practice law in California (See Sections 6006 and 6125, et seq., Business and Professions Code.)*

## CERTIFICATE OF SERVICE

I hereby certify that on March 27, 2026, I electronically filed the foregoing with the Clerk of the Court by using CM/ECF, which automatically serves all counsel of record for the parties who have appeared.


/s/_____
Jinny Kim