# IN THE UNITED STATES COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

FAITH OLIVIA KELLER,

*Plaintiff,*

v.                                          Case No. 4:25-cv-450-AW-MAF


FLORIDA DEPARTMENT OF
HIGHWAY SAFETY AND MOTOR
VEHICLES AND DAVE KERNER, in his
official capacity as Executive Director of
the Florida Department of Highway
Safety and Motor Vehicles,

*Defendants.*

_____/

## NOTICE OF APPEARANCE OF JINNY KIM

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Jinny Kim of Disability Rights Education &
Defense Fund, who is applying to appear *pro hac vice*, hereby appears as counsel
of record for Plaintiff Faith Olivia Keller.

///

///

///

///

///

Please add Jinny Kim as an attorney to be noticed on all matters at the following address:

Jinny Kim
Disability Rights Education & Defense Fund
3075 Adeline St., Suite 210
Berkeley, CA 94703
Tel: 510-644-2555
jkim@dredf.org

Dated: March 27, 2026

Respectfully submitted,

/s/ _____
Jinny Kim
(*pro hac vice* pending)
California Bar No. 208953
Disability Rights Education
& Defense Fund
3075 Adeline St., Suite 210
Berkeley, CA 94703
Tel: 510-644-2555
jkim@dredf.org

**CERTIFICATE OF SERVICE**

I hereby certify that on March 27, 2026, I electronically filed the foregoing with the Clerk of the Court by using CM/ECF, which automatically serves all counsel of record for the parties who have appeared.


/s/ _____

Jinny Kim