## IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

FAITH OLIVIA KELLER,

      Plaintiff,

vs.                                  Case No. 4:25cv450-AW-MAF

FLORIDA DEPARTMENT OF
HIGHWAY SAFETY AND
MOTOR VEHICLES, and
DAVE KERNER,

      Defendants.
_____/

## O R D E R

Three amended motions for leave to appear *pro hac vice* as counsel for Plaintiff have been filed. ECF Nos. 26-28. All three motions demonstrate that counsel reside in the State of California, not Florida, and are members in good standing of the California Bar. *Id.* All three motions reveal that counsel have successfully completed the attorney admission exam, are familiar with the Local Rules of this Court, and have upgraded PACER accounts. *Id.* Counsel previously paid the admission fee. ECF Nos. 20, 22-23. Good cause having been shown, the motions are granted.

Page 2 of 2

Accordingly, it is **ORDERED** that the motions for leave to appear *pro hac vice*, ECF Nos. 26-28, are **GRANTED**.

**DONE AND ORDERED** on April 3, 2026.

**S/   Martin A. Fitzpatrick**
**MARTIN A. FITZPATRICK**
**UNITED STATES MAGISTRATE JUDGE**