**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**UNITED SPINAL ASSOCIATION, et al.,**

     **Plaintiffs,**

**v.**                                                          **Case No. 4:25-cv-450-AW-MAF**

**FLORIDA DEPARTMENT OF
HIGHWAY SAFETY AND MOTOR
VEHICLES and DAVE KERNER, in his
official capacity as Executive Director of
the Florida Department of Highway
Safety and Motor Vehicles,**

     **Defendants.**

_____/

## ORDER REGARDING STAY AND SCHEDULE

The court earlier stayed all deadlines. ECF No. 17. The stay has expired on its own terms. *See id*. Plaintiffs have filed an amended complaint. ECF No. 30. Defendants must respond within 14 days of its filing. *See* Fed. R. Civ. P. 15(a)(3).

The court will issue an initial scheduling order later. That order will include a deadline for the parties' Rule 26(f) conference. In the meantime, the parties need not conduct a Rule 26(f) conference, and there will be no discovery.

SO ORDERED on April 14, 2026.

s/ *Allen Winsor*_____
Chief United States District Judge