IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED SPINAL ASSOCIATION;
FAITH OLIVIA KELLER; KIMBERLY
HARRISON; and LAURA ABBOTT dba
LAURA J. ARTISTRY,

       Plaintiffs                              Case No: 4:25-cv-00450-AW-MAF

v.

FLORIDA DEPARTMENT OF
HIGHWAY SAFETY AND MOTOR
VEHICLES and DAVE KERNER, in his
official capacity as Executive Director of
the Florida Department of Highway
Safety and Motor Vehicles

       Defendants.

_____/

**PLAINTIFF OLIVIA KELLER'S UNOPPOSED MOTION TO
TO ADD PARTY-PLAINTIFFS *NUNC PRO TUNC***

Under the Federal Rules of Civil Procedure, a party may amend its pleading with the Court's leave. Fed. Rule Civ. Proc., Rule 15(a)(2). "The court should freely give leave when justice so requires." *Id.* On January 3, 2026, the Court dismissed Plaintiff Olivia Keller's complaint based on lack of jurisdiction but granted leave to amend within 14 days. ECF No. 15 at 9 ("[T]he court will grant

leave to amend. Keller may file an amended complaint within 14 days"). This deadline was extended to April 13, 2026. ECF No. 17. On April 13, 2026, before the expiration of the deadline, Plaintiff Keller filed an amended complaint along with additional Plaintiffs United Spinal Association, Kimberly Harrison, and Laura Abbott dba Laura J. Artistry.

While "'[u]nder Rule 15, Fed. R. Civ. P., parties may be added or dropped when an amendment is made to a complaint as a matter of course' without seeking leave of court," *Pretty Punch Shoppettes, Inc. v. Creative Wonders, Inc.*, 750 F. Supp. 487, 493 (M.D. Fla. 1990) (citing *McLellan v. Miss. Power & Light Co.*, 526 F.2d 870 (5th Cir. 1976)), in an abundance of caution, Plaintiff Keller now moves *nunc pro tunc* under Rule 20 for permissive joinder of these additional parties to the extent the Court determines that leave is required to add party-plaintiffs following the order of dismissal.

All four plaintiffs in the First Amended Complaint assert the same right to relief arising out of the same transaction or occurrence as required by Rule 20(a)(1)(A). *See Alexander v. Fulton Cty.*, 207 F.3d 1303, 1323 (11th Cir. 2000) (construing the word "transaction" to include "all logically related events entitling a person to institute a legal action against another"). Here, as in *Alexander*, all plaintiffs' claims stem from the same general allegations. Further, all plaintiffs share common questions of law or fact as required by Rule 20(a)(1)(B), including

common questions related to the Americans with Disabilities Act and Florida's enactment of its pregnancy parking permit law at Section 320.0849. Finally, Plaintiffs separately meet the requirements of Rule 15(a)(2), as counsel for the Defendants has now provided written consent.

WHEREFORE, Plaintiff Keller requests that the Court grant this motion and permit the joinder of United Spinal Association, Kimberly Harrison, and Laura Abbott dba Laura J. Artistry as Plaintiffs.

Dated this 15th Day of April 2026.

Respectfully submitted,

/s/ Claudia Center
Claudia Center*
Jinny Kim*
Peter Talkington*
Disability Rights Education
and Defense Fund
3075 Adeline Street, Suite 210
Berkeley, CA 94703
(510) 644-2555
ccenter@dredf.org
jkim@dredf.org
ptalkington@dredf.org

James M. Slater (FBN 111779)
Slate Legal PLLC
2296 Henderson Mill Rd NE #116
Atlanta, GA 30345
(404) 458-7283
james@slater.legal

*Admitted *pro hac vice*

*Attorneys for Plaintiff Keller*

3

## Certification Pursuant to L.R. 7.1(B)

Pursuant to Local Rule 7.1(B), I hereby certify that I have conferred with counsel for Defendants on the relief requested herein. Defendants' counsel stated "Defendants have no objection to the addition of the new parties as part of the amended complaint with the understanding that the Defendants' agreement to the addition of parties may not be construed as a waiver of standing or any other jurisdictional arguments." In response, I wrote to defense counsel that Plaintiffs "understand that Defendants maintain all of their arguments including standing and jurisdictional arguments."

By: */s/ Claudia Center*
Claudia Center

## Certification Pursuant to L.R. 7.1(F)

Pursuant to Local Rule 7.1(F), I hereby certify that the above document contains 400 words, inclusive of headings, footnotes, and quotations, but exclusive of the case style, signature block and certificates.

By: */s/ Claudia Center*
Claudia Center

4