**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**UNITED SPINAL ASSOCIATION, et al.,**

    **Plaintiffs,**

**v.**                                **Case No. 4:25-cv-450-AW-MAF**

**FLORIDA DEPARTMENT OF
HIGHWAY SAFETY AND MOTOR
VEHICLES and DAVE KERNER, in his
official capacity as Executive Director of
the Florida Department of Highway
Safety and Motor Vehicles,**

    **Defendants.**
_____/

## ORDER GRANTING MOTION TO ADD PARTY-PLAINTIFFS

Plaintiff Olivia Keller's unopposed motion to add party-plaintiffs (ECF No. 32) is GRANTED. The amended complaint already added the new Plaintiffs.

SO ORDERED on April 16, 2026.

s/ *Allen Winsor*
Chief United States District Judge