**IN THE UNITED STATES DISTRICT COURT FOR THE**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

UNITED SPINAL ASSOCIATION;
FAITH OLIVIA KELLER; KIMBERLY
HARRISON; AND LAURA ABBOTT dba
LAURA J. ARTISTRY,

     *Plaintiffs*,

v.                                 Case No.: 4:25-cv-00450-AW-MAF

FLORIDA DEPARTMENT OF HIGHWAY
SAFETY AND MOTOR VEHICLES and
DAVE KERNER, in his official capacity
as Executive Director of the Florida Department
of Highway Safety and Motor Vehicles,

     *Defendants*.

_____/

**STIPULATION FOR EXTENSION OF TIME TO**
**RESPOND TO FIRST AMENDED COMPLAINT**

Defendants, the Florida Department of Highway Safety and Motor Vehicles and Dave Kerner, in his official capacity as Executive Director of the Florida Department of Highway Safety and Motor Vehicles, pursuant to Northern District of Florida Local Rule 6.1, hereby provides notice that the parties have stipulated to a fourteen-day extension of the deadline to respond to Plaintiffs' First Amended Complaint (ECF No. 30), which would extend the response date from April 27 to May 11, 2026.  Defendants requested this extension because current workload and

attorney staffing issues will make it very difficult to prepare a proper response to the First Amended Complaint.

WHEREFORE, Defendant, pursuant to Local 6.1, respectfully requests that the Court approve the parties' stipulated extension and extend the deadline to respond to the First Amended Complaint to May 11, 2026.

Respectfully submitted,

JAMES UTHMEIER
ATTORNEY GENERAL

*/s/ William H. Stafford III*
William H. Stafford III, Esq. (FBN 70394)
SPECIAL COUNSEL
William.Stafford@myfloridalegal.com
Complexlitigation.eservice@myfloridalegal.com
Office of the Attorney General
PL-01, The Capitol
Tallahassee, FL 32399-1050
850-414-3300
*Counsel for Defendants*

2