**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**UNITED SPINAL ASSOCIATION, et al.,**

    **Plaintiffs,**

**v.**                                                                                   **Case No. 4:25-cv-450-AW-MAF**

**FLORIDA DEPARTMENT OF
HIGHWAY SAFETY AND MOTOR
VEHICLES and DAVE KERNER, in his
official capacity as Executive Director of
the Florida Department of Highway
Safety and Motor Vehicles,**

    **Defendants.**

_____/

## ORDER GRANTING MOTION FOR EXTENSION

The parties filed a "stipulation for extension." ECF No. 34. Because the parties seek relief, they should have filed the request as a motion. The court will construe the filing as a motion and grant it. Defendants' deadline to respond to the amended complaint is extended to May 11.

SO ORDERED on April 23, 2026.

s/ *Allen Winsor*_____
Chief United States District Judge