**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

UNITED SPINAL ASSOCIATION;
FAITH OLIVIA KELLER; KIMBERLY
HARRISON; AND LAURA ABBOTT dba
LAURA J. ARTISTRY,

     *Plaintiffs*,

v.                                                           Case No.: 4:25-cv-00450-AW-MAF

FLORIDA DEPARTMENT OF HIGHWAY
SAFETY AND MOTOR VEHICLES and
DAVE KERNER, in his official capacity
as Executive Director of the Florida Department
of Highway Safety and Motor Vehicles,

     *Defendants*.

_____/

**JOINT MOTION TO APPROVE STIPULATION FOR EXTENSION OF
TIME TO RESPOND TO FIRST AMENDED COMPLAINT AND FOR
PLAINTIFFS TO REPLY TO DEFENDANTS' RESPONSE**

Pursuant to Northern District of Florida Local Rule 6.1, the parties hereby move for an order approving their stipulation to another extension of the deadline for Defendants to respond to Plaintiffs' First Amended Complaint (ECF No. 30), which would extend the response date from May 11, 2026 to June 1, 2026, with a corresponding extension for Plaintiffs to oppose to the expected motion to dismiss until June 29, 2026.

Defendants request their second extension because of the undersigned's current workload and the recent reassignment of the case to the undersigned, who has a previously scheduled vacation for this week and other due dates, all of which make it very difficult to prepare a proper response to the First Amended Complaint without the additional time requested herein.

Plaintiffs request an extended deadline for their opposition due to the complexity of the legal and factual issues that are likely to be raised in the motion to dismiss, the possibility that the opposition may require declarations from the individual plaintiffs and one or more principals of the organizational plaintiff, and the need to balance competing schedules and deadlines.

WHEREFORE, pursuant to Local 6.1, the parties respectfully request that the Court approve the parties' stipulated mutual extensions and extend the deadlines to respond to the First Amended Complaint to June 1, 2026, and for Plaintiffs to file their opposition to June 29, 2026.

Respectfully submitted,

| | |
|---|---|
| */s/ Claudia Center* | JAMES UTHMEIER |
| Claudia Center* | ATTORNEY GENERAL |
| Jinny Kim* | |
| Peter Talkington* | */s/ James P. Waczewski* |
| Disability Rights Education | JAMES P. WACZEWSKI, Esq. (FBN 0154989) |
| and Defense Fund | SPECIAL COUNSEL |
| 3075 Adeline Street, Suite 210 | James.Waczewski@myfloridalegal.com |
| Berkeley, CA 94703 | Complexlitigation.eservice@myfloridalegal.com |
| (510) 644-2555 | Office of the Attorney General |
| ccenter@dredf.org | PL-01, The Capitol |

2

jkim@dredf.org
ptalkington@dredf.org

Tallahassee, FL 32399-1050
850-414-3300
*Counsel for Defendants*

James M. Slater (FBN 111779)
Slate Legal PLLC
2296 Henderson Mill Rd NE
#116
Atlanta, GA 30345
(404) 458-7283
james@slater.legal

*Admitted *pro hac vice*

*Counsel for Plaintiffs*