**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**UNITED SPINAL ASSOCIATION, et al.,**

    **Plaintiffs,**

**v.**                                  **Case No. 4:25-cv-450-AW-MAF**

**FLORIDA DEPARTMENT OF
HIGHWAY SAFETY AND MOTOR
VEHICLES and DAVE KERNER, in his
official capacity as Executive Director of
the Florida Department of Highway
Safety and Motor Vehicles,**

    **Defendants.**

_____/

## ORDER GRANTING MOTION FOR EXTENSION

The joint motion for extension (ECF No. 36) is GRANTED. Defendants'

deadline to respond to the amended complaint is extended to June 1. Plaintiffs'

deadline to respond to any motion to dismiss is June 29. The parties should anticipate

no further extensions absent extraordinary circumstances.

SO ORDERED on May 8, 2026.

s/ *Allen Winsor*_____
Chief United States District Judge