UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

FAITH OLIVIA KELLER

    Plaintiff,

v.                                                    Case No.: 4:25-cv-00450-AW-MAF

FLORIDA DEPARTMENT OF HIGHWAY
SAFETY AND MOTOR VEHICLES, et al.,

    Defendants.
_____/

## NOTICE OF APPEARANCE AND DESIGNATED EMAIL ADDRESSES

The undersigned hereby files this Notice of Appearance for Defendants FLORIDA DEPARTMENT OF HIGHWAY SAFETY AND MOTOR VEHICLES ("FLHSMV"), and DAVE KERNER, in his official capacity as Executive Director of the Florida Department of Highway Safety and Motor Vehicles in the captioned action, and requests that all pleadings, correspondence and other communications related to the instant cause of action are forwarded to the emails and/or physical addresses provided herein.

James.Waczewski@myfloridalegal.com

complexlitigation.eservice@myfloridalegal.com

Respectfully Submitted,

**JAMES UTHMEIER**
**ATTORNEY GENERAL**

*/s/ James P. Waczewski*
JAMES P. WACZEWSKI
SPECIAL COUNSEL
Fla. Bar No.: 0154989
James.Waczewski@myfloridalegal.com

Office of the Attorney General
Civil Litigation Division – Complex Litigation
The Capitol PL-01
Tallahassee, Florida 32399-1050
Telephone:     (850) 414-3300
Telefacsimile: (850) 488-4872

*Attorney for Defendants Florida Department of Highway Safety and Motor Vehicles and Dave Kerner*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system which will provide electronic notification to all counsel of record, this 11th day of May, 2026.

*/s/ James P. Waczewski*
James P. Waczewski, Esq.

2