**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**UNITED SPINAL ASSOCIATION, et al.,**

     **Plaintiffs,**

**v.**                                                                 **Case No. 4:25-cv-450-AW-MAF**

**FLORIDA DEPARTMENT OF
HIGHWAY SAFETY AND MOTOR
VEHICLES and DAVE KERNER, in his
official capacity as Executive Director of
the Florida Department of Highway
Safety and Motor Vehicles,**

     **Defendants.**

_____/

## ORDER DENYING AS MOOT MOTION TO DISMISS

Because Plaintiffs have filed another amended complaint (ECF No. 40),

Defendants' motion to dismiss (ECF No. 39) is DENIED as moot.

SO ORDERED on June 22, 2026.

                          s/ *Allen Winsor*_____
                          Chief United States District Judge